IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA R. GAINES, | No.  CIV.S-06-0788 GEB DAD PS |
| Plaintiff, | |
| v. | <u>ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS, DIRECTING CLERK TO SEND MATERIALS FOR SERVICE, AND REQUIRING SERVICE BY UNITED STATES MARSHAL</u> |
| MARCONI PALMS, INC., SUSAN RAZARI, CAMERON RAZARI and KATHY HERMAN, | |
| Defendants. | |
| _____/ | |

This proceeding was referred to the undersigned by Local Rule 72-302(c)(21).  Plaintiff's pro se complaint alleges a claim under 42 U.S.C. § 1982 based on improper racial discrimination in rental housing.  Liberally construed, the complaint alleges that the owners and manager of the Marconi Palms apartment complex harassed and improperly evicted plaintiff from her apartment there because she is African American.

Plaintiff has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915.  Plaintiff has submitted the affidavit

1

1  required by § 1915(a) showing that plaintiff is unable to prepay fees
2  and costs or give security for them.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1.  Plaintiff's request to proceed in forma pauperis is
5  granted.
6        2.  The Clerk of the Court is directed to issue process and
7  to send plaintiff an instruction sheet for United States Marshal
8  service of process, along with a USM-285 form and a summons form for
9  each defendant for whom service is authorized, as well as a copy of
10 plaintiff's endorsed filed complaint.
11       3.  Plaintiff shall follow the instructions, submitting the
12 completed materials for service and a copy of this order directing
13 service to the United States Marshal.  Plaintiff shall submit the
14 necessary materials to the United States Marshall within thirty (30)
15 days of being served with this order.
16       4.  Within thirty (30) days of receiving the necessary
17 materials from plaintiff, the United States Marshal is directed to
18 serve process on defendants Marconi Palms, Inc., Susan Razari,
19 Cameron Razari and Kathy Herman.
20 DATED: July 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

25 DAD:th
ddad1\orders.prose\gaines0788.ifp.serve

2